**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CORWIN HILL,**                                                                                                                    **PLAINTIFF**

**V.**                                                         **NO. 4:05CV116-P-D**

**CHRISTOPHER EPPS, ET AL,**                                                         **DEFENDANTS**

## ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

This *pro se* conditions of confinement was dismissed on June 30, 2005, for failure to state a claim upon which relief could be granted. Plaintiff on October 25, 2005, filed a motion for relief from judgment pursuant to Rule 60(b), Federal Rules of Civil Procedure. After reviewing the original pleadings as well as the motion and the applicable law, the court concludes that the dismissal was correct in law and fact and that plaintiff has failed to produce a legal basis to alter the court's ruling. Therefore, the motion for relief from judgment is **denied**.

**SO ORDERED**, this the 26th day of October, 2005.

                                                                                 /s/ W. Allen Pepper, Jr.
                                                                                 W. ALLEN PEPPER, JR.
                                                                                 UNITED STATES DISTRICT JUDGE